UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,                                  Case No. 4:19-cv-13196
                                              Hon. Matthew F. Leitman

vs.

JESSICA R. COOPER, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO POSSESS A CELLULAR PHONE WHEN IN THE U.S. COURTHOUSE (AT FLINT) IN CONNECTION WITH THE INSTANT CASE

Upon consideration, Plaintiff's ex parte application for leave to possess a cellular phone when in the U.S. Courthouse at Flint, Michigan in connection with the instant case is **GRANTED**, subject to the limitations outlined in E.D. Mich. L.R. 83.32(e).

    **IT IS SO ORDERED.**

                                                  /s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  November 25, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2019, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                      Case Manager
                                                      (810) 341-9764