UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

      Plaintiff,

Case No. 19-cv-13196
Hon. Matthew F. Leitman

v.

JESSICA R. COOPER, et al.,

      Defendants.
_____/

## ORDER RECODING CIVIL NATURE OF SUIT CODE

Upon review of this case, in which a current or former prisoner challenges conditions of confinement, it appears to the Court that it was erroneously assigned a Civil Nature of Suite Code 440, which applies to non-prisoners, rather that Civil Nature of Suit Code 555, which applies to conditions of confinement.

**IT IS THEREFORE ORDERED** that the Clerk's Office will change the Civil Nature of Suit Code from 440 to 555.

Any objections to this Order must be filed within seven (7) days.

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: October 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
